IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: EDWARD C. MALLOY,<br><br>    Debtor.<br>_____<br><br>DEBORAH and EDWARD MALLOY,<br><br>    Appellants,<br><br>    v.<br><br>J&V DEVELOPERS, INC.,<br><br>    Appellee. | :<br>:<br>:<br>:<br>:<br>:   **BANKRUPTCY NO. 14-17727**<br>:<br>:<br>:   **CIVIL ACTION NO. 19-6004**<br>:   **CIVIL ACTION NO. 19-6006**<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 11th day of May, 2022, upon consideration of: (1) the Certificate of Appeal from an Order entered by the Honorable Eric L. Frank, United States Bankruptcy Court Judge for the Eastern District of Pennsylvania (No. 19-6004, ECF No. 1; No. 19-6006, ECF No. 1); (2) Appellants' Joint Brief with Appendix (No. 19-6004, ECF No. 5); (3) Appellant Deborah Malloy's Brief with Appendix (No. 19-6006, ECF No. 4); (4) Appellee's Brief (No. 19-6004, ECF No. 9; No. 19-6006, ECF No. 8); (5) Appellant's Reply Brief (No. 19-6004, ECF No. 10; No. 19-6006, ECF No. 9); (6) Appellant's Motion to Compel Reporting of Serious Judicial Misconduct (No. 19-6004, ECF No. 11; No. 19-6006, ECF No. 10); and (7) the designated record on appeal (No. 19-6004, ECF No. 3; No. 19-6006, ECF No. 2), **IT IS HEREBY ORDERED AND DECREED** that the Bankruptcy Court's Decision is **AFFIRMED**.[1]

                                                                                  **BY THE COURT**:

                                                                                  /s/ Petrese B. Tucker
                                                                                  **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated May 11, 2022.